Mark P. Walters, WSBA No. 30819
Stephen A. Merrill, WSBA No. 57747
LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101
T: 206.381.3300
F: 206.381.3301
walters@lowegrahamjones.com

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERCHONIA CORPORATION LLC, a Texas limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> VIBRAGENIX, LLC, a Washington limited liability company, and DR. CAROLINE STITES, an individual. <br><br> Defendants | Case No. 4:25-cv-05093-MKD <br><br> **STIPULATION AND [PROPOSED] ORDER** |

## <u>STIPULATION</u>

Whereas the parties agree to conduct an early mediation before a private mediator, in person, during the months of April or May 2026.

Whereas, the case has deadlines pending related to claim construction and both parties have served written discovery requiring responses and document production.

Whereas, the parties agree that to facilitate mediation and possible settlement of this case, it is in the best interest of the parties and of the Court to stay all pending deadlines in the case to conserve resources and apply them to a bona fide attempt at early resolution of this dispute.

Stipulation and [Proposed] Order                - 1 -

## [PROPOSED] ORDER

For GOOD CAUSE SHOWN, namely the chance to conserve party and judicial resources in favor of an early settlement, and in further view of the parties' stipulation, all deadlines in the case are HEREBY STAYED.

The parties are ordered to mediate no later than May 22, 2026. If the case does not settle on or before May 22, 2026, or if one party believes the further settlement talks would not be productive, the stay will be lifted and new dates will be set by the Court.

The parties are ORDERED to provide a status report consistent with this order on or before May 29, 2026

Dated: March \_\_\_, 2026

_____
THE HONORABLE MARY K. DIMKE
United States District Judge

Dated: March 23, 2026

*Presented by*

Attorneys for Plaintiff
Erchonia Corporation LLC

Mark P. Walters, WSBA No. 30819
LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
Telephone: (206) 381-3300
walters@lowegrahamjones.com

Scott Warren Dangler (*Admitted Pro Hac Vice*)
DANGLER LAW
927 East New Haven Avenue, Suite 213
Melbourne, FL 32901
Tel: (321) 265-4170
scott@danglerlaw.com

Stipulation and [Proposed] Order                    - 2 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 23rd day of March, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Rischel Voigt

Rischel Voigt, Paralegal

Stipulation and [Proposed] Order                - 3 -